No. 96–6133.  Bracy v. Gramley, Warden.  C. A. 7th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted.  Certiorari granted limited to the following question: "Whether a habeas petitioner who was convicted of a capital offense and sentenced to death in a trial before a judge who admittedly accepted bribes in other contemporaneous criminal cases is entitled to discovery to support his claim that he was denied the right to a trial before an impartial judge?"  Brief of petitioner is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, February 21, 1997.  Brief of respondent is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, March 21, 1997.  A reply brief, if any, may be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Monday, April 7, 1997.  This Court's Rule 29.2 does not apply.

No. 96–6298.  Lindh v. Murphy, Warden.  C. A. 7th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted.  Certiorari granted limited to Question 1 presented by the petition.  Brief of petitioner is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, February 21, 1997.  Brief of respondent is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, March 21, 1997.  A reply brief, if any, may be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Monday, April 7, 1997.  This Court's Rule 29.2 does not apply.

January 13, 1997

No. D–1743.  In re Disbarment of Henderson.  Disbarment entered.  [For earlier order herein, see *ante*, p. 978.]

No. D–1746.  In re Disbarment of Brady.  Disbarment entered.  [For earlier order herein, see *ante*, p. 990.]

No. D–1747.  In re Disbarment of Polischuk.  Disbarment entered.  [For earlier order herein, see *ante*, p. 990.]

No. D–1748.  In re Disbarment of D'Ambrosio.  Disbarment entered.  [For earlier order herein, see *ante*, p. 990.]